```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE: PURSUIT HOLDINGS (NY) LLC         :
                                         :     22cv4473 (DLC)
                      Debtor,            :
                                         :         ORDER
-----------------------------------------:
                                         :
MICHAEL HAYDEN SANFORD,                  :
                      Appellant,         :
                                         :
              -v-                        :
                                         :
DEBORAH J. PIAZZA, NORMA KNOPF, and      :
DELPHI CAPITAL MANAGEMENT, LLC           :
                                         :
                      Appellees.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above case has been reassigned to me for all purposes. It is hereby

ORDERED that the appellant file its brief by **June 29, 2022**. The appellees shall file their opposition brief by **July 13**. The appellant's reply brief, if any, must be filed by **July 27**.

IT IS FURTHER ORDERED that at the time any reply is served, the appellees shall supply two courtesy copies of all papers by

mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 16, 2022

>                    _____
>                            DENISE COTE
>                    United States District Judge