```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
IN RE: PURSUIT HOLDINGS (NY) LLC       :
                                       :       22cv4473 (DLC)
                     Debtor,           :
                                       :          ORDER
---------------------------------------:
                                       :
MICHAEL HAYDEN SANFORD,                :
                     Appellant,        :
                                       :
                                       :
          -v-                          :
                                       :
DEBORAH J. PIAZZA, NORMA KNOPF, and    :
DELPHI CAPITAL MANAGEMENT, LLC         :
                                       :
                     Appellees.        :
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

Having received from the appellant a letter of June 16, 2022 requesting an extension of time to file his brief and the consent of the Trustee, it is hereby

ORDERED that the appellant shall file his brief by **July 8, 2022**.  The appellees shall file their opposition brief by **July 22**.  The appellant's reply brief, if any, must be filed by **August 5**.

IT IS FURTHER ORDERED that at the time they serve their papers, the parties shall supply two courtesy copies of their

papers by mail or delivery to the United States Courthouse, 500
Pearl Street, New York, New York.

Dated:    New York, New York
          June 17, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge