```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
IN RE: PURSUIT HOLDINGS (NY) LLC     :
                                     :
                    Debtor,          :
                                     :      22cv4473 (DLC)
------------------------------------ :
MICHAEL HAYDEN SANFORD,              :      ORDER
                                     :
                    Appellant,       :
                                     :
          -v-                        :
                                     :
DEBORAH J. PIAZZA, NORMA KNOPF, and  :
DELPHI CAPITAL MANAGEMENT, LLC,      :
                                     :
                    Appellees.       :
                                     :
------------------------------------- X
```

DENISE COTE, District Judge:

On August 8, 2022, after the appellant had failed to file his opening brief despite multiple extensions of the original June 29 deadline, the Court ordered the appellant to show cause by August 15 why the case should not be dismissed for failure to prosecute. On August 15, the appellant filed a declaration explaining that circumstances beyond his control prevented him from filing the brief on time. The appellant does not identify a date by which he believes he will be able to file his opening brief. He states, however, that he is working on the appeal and will "promptly file" the opening brief.

Accordingly, it is hereby

ORDERED that by **September 16, 2022,** the appellant shall file the opening brief in the appeal. The appellees' opposition brief shall be due **September 30, 2022.** The appellant's reply, if any, shall be due **October 14, 2022.**

IT IS FURTHER ORDERED that there shall be no further extension of the September 16 deadline for the opening brief. The appeal will be dismissed if the appellant's opening brief is not filed on or before September 16, 2022.

Dated:   New York, New York
         August 16, 2022

                                          DENISE COTE
                                  United States District Judge